# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Everett W. Rogers, et al.,

    Plaintiff(s),

v.

Fred Isler, et al.,

    Defendant(s).

Case No. 2:03cv1192

Judge Michael H. Watson

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the June 20, 2005, Magistrate Judge's Report and Recommendation (Doc. 48).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). To date, no objections to the June 20, 2005, Magistrate Judge's Report and Recommendation have been filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. § 636, the Court finds no error in the Magistrate Judge's Report and Recommendation. Accordingly, the June 20, 2005, Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The Motion of Plaintiffs for Leave to Amend (Doc. 31) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

bac    July 7, 2005

*/s/ Michael H. Watson*
Michael H. Watson
United States District Judge